UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEFFREY M. HEALEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 01-11099-NG |
| ROBERT MURPHY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| and | ) | |
| | ) | |
| JOEL PENTLARGE and | ) | |
| EDWARD GIVEN, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | NO. 04-30177-NG |
| | ) | |
| ROBERT MURPHY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON PENDING MOTIONS

This matter is before the court on (1) the "Motion of Defendants Robert Murphy, Kathleen Dennehy and Department of Correction for a Protective Order and Motion to Strike Notice of Rule 30(b)(6) Deposition" (Docket No. 292); (2) "Plaintiff Edward Given's Motion to Compel Rule 30(B)(6) Testimony" (Docket No. 293); (3) the "Plaintiffs' Motion to Extend Time for Identifying Expert Witnesses" (Docket No. 294); and (4) the "Plaintiffs' Motion to Compel Responses to Request for Admissions" (Docket No. 295). After consideration of the parties' submissions and their oral arguments, it is hereby ORDERED as follows:

1. The DOC defendants' motion for a protective order and to strike Mr. Given's Rule 30(b)(6) deposition notice is DENIED, and Mr. Given's motion to compel Rule 30(b)(6) testimony is ALLOWED as follows:

    a. The DOC defendants shall produce one or more witnesses to testify as to general institutional operations at DOC penal facilities of various levels (i.e., maximum security, minimum security, etc.) with respect to the subject matters set forth in Mr. Given's Notice of Rule 30(b)(6) Deposition.

    b. The deposition shall be completed by **June 30, 2010**.

2. As agreed, the plaintiffs' motion for an extension of time to identify expert witnesses is ALLOWED.

3. The plaintiffs' motion to compel responses to their request for admissions is ALLOWED. The DOC defendants shall serve their responses in segments as they are completed, in accordance with the following schedule:

    a. The first set of responses shall be produced by **May 30, 2010**.

    b. The second set of responses shall be produced by **June 30, 2010**.

    c. All remaining responses shall be produced by **July 30, 2010**.

                                           / s / Judith Gail Dein
                                           Judith Gail Dein
                                           United States Magistrate Judge

DATED: May 4, 2010